**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAVERHILL COKE COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALGOMA STEEL GROUP INC.,<br><br>Defendant. | Case No. 1:26-cv-06182 |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE EXHIBIT UNDER SEAL**

Pursuant to this Court's Electronic Case Filing Rules and Instructions and Standing Order 21-MC-13, Plaintiff Haverhill Coke Company LLC ("Haverhill"), by and through its undersigned counsel, hereby moves this Court to file under seal Exhibit A to its Complaint for Breach of Contract and Declaratory Judgment ("Complaint") in the above-captioned matter. In support of this motion, Haverhill states as follows:

1. Haverhill's Complaint pertains to the refusal by Defendant Algoma Steel Group Inc. ("Algoma Group") to perform its obligations under a "Buyer Guaranty" entered into on December 31, 2021. (*See* Dkt. 1.) Per the Buyer Guaranty, Algoma Group unconditionally and irrevocably guaranteed prompt payment, when due, of all amounts owed by its subsidiary, Algoma Steel Group Inc. ("Subsidiary Algoma") to Haverhill, under a Coke Shipment Sale and Purchase Agreement between Subsidiary Algoma (as buyer) and Haverhill (as seller), also dated December 31, 2021 (the "Underlying Agreement").

2. The Buyer Guaranty is appended as Schedule 3 to the Underlying Agreement.

3. The Underlying Agreement contains a confidentiality provision (Article 15) which requires the parties to keep confidential the Underlying Agreement and its terms, as well as all

information provided by or received from the other party in connection with the performance of the Agreement.

11. Exhibit A to Haverhill's Complaint comprises the Underlying Agreement, with its schedules (including the Buyer Guaranty). Therefore, disclosure of Exhibit A on the public docket would violate the Underlying Agreement.

12. Moreover, Haverhill respectfully submits that this Court should also grant this motion for the additional reason that Exhibit A contains sensitive information related to the parties' business practices and pricing agreements, the disclosure of which would harm their competitiveness in a rapidly changing market. *IBM Corp. v. Micro Focus (US), Inc.*, No. 22-CV-9910 (VB)(VR), 2024 WL 495137, at *1 (S.D.N.Y. Feb. 8, 2024) ("Courts in this District routinely permit parties to seal or redact commercially sensitive information to protect confidential business interests and financial information.").

13. Haverhill's counsel has conferred with Algoma Group's counsel, and Algoma Group has advised that it does not oppose this Motion.

14. Per Paragraph 2(B) of Judge Rakoff's Individual Rules of Practice, Haverhill and Algoma Group participated in a conference call with Chambers pertaining to this Motion on July 31, 2026. The Court granted Haverhill permission to file this Motion.

For all these reasons, Plaintiff Haverhill Coke Company LLC respectfully requests the Court grant this Motion for Leave to File Exhibit Under Seal.

Dated: August 3, 2026

Respectfully submitted,

/s/ *Elizabeth A. Edmondson*

Elizabeth A. Edmondson
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036-2711

Case 1:26-cv-06182-JSR Document 15 Filed 08/03/26 Page 3 of 4

EEdmondson@jenner.com
(212) 891-1600

Catherine L. Steege (*pro hac vice*)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
CSteege@jenner.com
(312) 222-9350

Kenneth D. Beale (*pro hac vice forthcoming*)
Emma J. O'Connor (*pro hac vice*)
Jenner & Block LLP
1099 New York Ave NW #900
Washington, DC 20001
KBeale@jenner.com
EOConnor@jenner.com
(202) 639-6000

*Counsel for Plaintiff Haverhill Coke Company LLC*

SO Ordered

[signature]
USDJ 8/4/26