UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAVERHILL COKE COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALGOMA STEEL GROUP, INC.,<br><br>Defendant. | 26-cv-6182 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of Defendant Algoma Steel Group ("Algoma") for a stay of proceedings in this case pending the resolution of an arbitration between Plaintiff Haverhill Coke Company and Algoma Steel, Inc., a subsidiary of Defendant Algoma. The Court grants Algoma's motion for a stay, subject to the following limitations: the stay of proceedings will expire the day after a decision resolving the dispute is issued in the above-referenced arbitration proceedings, provided that if no such decision has been issued by November 18, 2026, the stay of the proceedings before this Court will expire on that date.

SO ORDERED.

Dated: New York, NY
August 25, 2026

JED S. RAKOFF, U.S.D.J.